IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01145-LTB

KENNETH ROYAL WHEELER,

    Plaintiff,

v.

GREG BERAN, and
DEBORAH WILSON,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 13, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 13th day of June, 2017.

                             FOR THE COURT,

                             JEFFREY P. COLWELL, Clerk

                             By: s/D. Kalsow
                                 Deputy Clerk